**Order entered January 6, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00640-CR

### STEPHANIE BELJANA LIMAURO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82584-2020**

## ORDER

Appellant has informed the Court that she wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Lara Bracamonte Davila to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Davila to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **March 7, 2023**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; Stephanie Moses, Official Court Reporter for the 416th Judicial District Court; Michael Gould, Collin County District Clerk; and counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Stephanie Beljana Limauro, TDCJ ID # 02355092, Murray Unit, 1916 North Hwy. 36 Bypass, Gatesville, TX 76596.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE